**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joshua Ikeem WILLIAMS,**
**Defendant–Appellant.**

**No. 15–10626**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 24, 2015.

Michael B. Billingsley, Joseph Paul Montminy, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Ashley Brook Burkett, Bradley Arant Boult Cummings, LLP, Birmingham, AL Allison Case, Glennon Fletcher Threatt, Jr., Federal Public Defender, Birmingham, AL, Deanna Lee Oswald, Federal Public Defender–NAL, Huntsville, AL, for Defendant–Appellant.

---

Before ED CARNES, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Ashley Burkett, appointed counsel for Joshua Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Williams's convictions and total sentence are **AF-FIRMED.**